UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-246-F

| | | |
|---|---|---|
| LORENZO RICHARDSON,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | ORDER |
| LARRY RICHARDSON and<br>DEBORAH RICHARDSON,<br>Defendants. | )<br>)<br>) | |

This matter is before the court on the Order and Memorandum and Recommendation (M&R) [DE-4] of United States Magistrate Judge James E. Gates filed on July 30, 2012. Judge Gates allowed the plaintiff's application to proceed *in forma pauperis*, but recommended that the plaintiff's complaint for lack of subject matter jurisdiction. The plaintiff did not file any objections to the M&R.

After an independent and thorough review of the Magistrate Judge's M&R and a *de novo* review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that plaintiff's complaint is DISMISSED.

SO ORDERED.

This 21st day of August, 2012.

JAMES C. FOX
Senior United States District Judge