UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORENZO RICHARDSON, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:12-CV-246-F
)
LARRY RICHARDSON and )
DEBORAH RICHARDSON, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that plaintiff's complaint is DISMISSED.

**This Judgment Filed and Entered on August 21, 2012, and Copies To:**

Lorenzo Richardson (via regular mail to 3108 Fields Drive, Raleigh, NC 27603)

DATE                                                      JULIE A. RICHARDS, CLERK
August 21, 2012                            /s/ Susan K. Edwards
                                                                        (By) Susan K. Edwards, Deputy Clerk